IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DALE WERONKE,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-353-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Dale Weronke's under the Equal Access to Justice Act in the amount of $7,100.00.

_____        3/23/2012
Peter Oppeneer, Clerk of Court      Date